# EXHIBIT 2

to Plaintiff's First Amended and Verified Complaint

for Damages and Equitable Relief

Docusign Envelope ID: B12A52A9-8ACC-4EDE-BFD0-5A99EC59E5CD

# TOLLING AGREEMENT

This Tolling Agreement (the "Agreement") is entered into as of the 8th day of October, 2024, by and among Derek Dixon ("Mr. Dixon"); and TPS Production Services, LLC ("TPSPS"), Tyler Perry Studios, LLC ("TPS"), and all of TPSPS's or TPS's affiliated owners, members, managers, personnel, or affiliated persons or entities (the "TPS Parties") (collectively the "Parties").

WHEREAS, Mr. Dixon has asserted potential claims against the TPS Parties in a demand letter dated September 6, 2024, and one or more TPS Parties similarly may assert claims against Mr. Dixon for breach of contract arising from his refusal to participate in a TPSPS production (the "Relevant Claims");

WHEREAS, Dixon and the TPS Parties respectively deny that they have any liability for such claims;

WHEREAS, the parties wish to engage in a good-faith discussion in an attempt to resolve Mr. Dixon's claims against the TPS Parties, and vice-versa;

NOW, THEREFORE, the parties agree as follows:

1.      Standstill Provision.  During the Tolling Period provided for below, neither Mr. Dixon nor the TPS Parties shall institute any legal or administrative action or proceeding asserting any claim against each other relating to the Relevant Claims.

2.      Tolling Provision.  The running of all periods of limitations, repose, and laches applicable to any claims that Mr. Dixon or the TPS Parties could assert in any legal or administrative action or proceeding against each other relating to the Relevant Claims, is hereby suspended for the duration of the Tolling Period, as defined below. No statute of limitation or equitable claim of laches, whether arising by statute, common law, or otherwise, on any tolled

Page 1 of 4

Docusign Envelope ID: cc21d2428e90a32f

claim shall run during the Tolling Period, nor shall any party assert or rely upon that period of time as a bar or as laches or for any other purpose to defeat a tolled claim. For the avoidance of doubt, nothing in the Agreement bars or affects any party's assertion of any defense based on limitations, repose or laches that existed as of October 8, 2024.

3.     Duration. The "Tolling Period" hereunder shall commence as of October 8, 2024, and continue until and including December 8, 2024 (unless terminated in accordance with paragraph 4 below or extended in accordance with paragraph 5 below).

4.     Termination. Any party may terminate this Agreement, by giving counsel for the other party or parties written notice at least fourteen (14) days before the effective date of termination specified in the notice. The notice must be sent simultaneously by e-mail and by tracked overnight mail, and shall be deemed given on the date of mailing as shown by the dated mailing receipt. For the purpose of this paragraph, Mr. Dixon's counsel is Edward D. Buckley, Buckley Bala Wilson Mew LLP, 600 Peachtree Street NE, Suite 3900, Atlanta, GA 30308 (edbuckley@bbwmlaw.com), and counsel for The TPS Parties is Matthew Boyd, Tucker Ellis LLP, 3344 Peachtree Road NE, Suite 1925, Atlanta, GA 30326 (matthew.boyd@tuckerellis.com), unless, in either case, a party notifies counsel for the other party or parties of a change in counsel by a written notice given as required for notice of termination.

5.     Extension. Unless terminated by notice given in accordance with paragraph 4, this Agreement may be amended, renewed and extended by written agreement of the parties.

6.     Use of Agreement. The making of this Agreement and the negotiations leading to it shall not be used by any party against any other party at any time for any purpose except to enforce its terms and in defense of any statute of limitations argument. No party intends to

Docusign Envelope ID: ...

waive any claims, causes of action, or defenses that he or it may have against the other party or parties by his or its entry into this Agreement, excepting as is expressly set forth herein.

7.      Integration. This Agreement constitutes the entire agreement between the parties on this subject matter, and it is intended to be an integration that supersedes any and all prior or contemporaneous written or oral representations, undertakings or agreements concerning tolling. The parties agree that they are not relying upon any other representations, undertakings or agreements, written or oral, pursuant to their entry into this Agreement. None of the provisions of this Agreement may be amended, altered or otherwise changed in any manner other than by a writing executed by an authorized representative of all parties.

8.      Counterparts. This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same agreement.

9.      Authority. Each of the parties signing this Agreement represents and warrants that that he or she has the authority to enter into this Agreement on behalf of each of the named parties hereto.

10.     IN WITNESS WHEREOF, authorized counsel for Mr. Dixon, TPSPS, TPS, and the TPS Parties have executed this Tolling Agreement to be effective as of the day and year first above written.

For TPS Production Services, LLC,
Tyler Perry Studios, LLC, and all of the TPS Parties

DATED: 10/15/2024

Signed by:

*Matthew Boyd*

Matthew Boyd
Tucker Ellis LLP

Docusign Envelope ID: cc21d2428e90a32f

For Derek Dixon

DATED: 10/14/2024

Edward D. Buckley
Buckley Bala Wilson Mew LLP

## AMENDMENT NO. 1 TO TOLLING AGREEMENT

The Parties (as identified below), through their undersigned counsel, hereby amend that certain Tolling Agreement ("Tolling Agreement") entered into between the Parties on or about October 15, 2024, as follows:

1. Pursuant to Paragraph 5 of the Tolling Agreement, the "Tolling Period" (as originally defined in Paragraph 3 of the Tolling Agreement) is hereby amended to commence as of October 8, 2024 and continue up to and including January 12, 2025; *provided, however,* that the Tolling Period shall automatically end as of January 12, 2025 unless otherwise affirmatively extended by the Parties by mutual agreement, and the 14-day notice period contained in Paragraph 4 of the Tolling Agreement shall not apply.

2. All other provisions of the Tolling Agreement shall remain in effect, unless modified or otherwise stated herein.

For TPS Production Services, LLC and
Tyler Perry Studios, LLC

DATED: 12/9/2024

Matthew Boyd
Tucker Ellis LLP

For Derek Dixon

DATED: 12/10/2024

Edward D. Buckley
Buckley Bala Wilson Mew LLP