**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DEREK DIXON,

      *Plaintiff*,

    v.

TYLER PERRY;
TPS PRODUCTION SERVICES, LLC;
and AND ACTION, LLC,

      *Defendants*.

Case No. 1:25-cv-07102-SEG-CCB

**DEFENDANTS TYLER PERRY, TPS PRODUCTION SERVICES, LLC, & AND ACTION, LLC'S MOTION TO DISMISS PLAINTIFF DEREK DIXON'S FIRST AMENDED AND VERIFIED COMPLAINT**

Defendants Tyler Perry, TPS Production Services, LLC, and And Action, LLC, by and through their counsel, move to dismiss Plaintiff Derek Dixon's First Amended and Verified Complaint under Federal Rule of Civil Procedure 12(b)(6). Counts I and II of the Amended Complaint must be dismissed because the California legislative enactments under which they are brought do not apply extraterritorially, and Plaintiff does not allege that any of the purported misconduct occurred in California, nor that the situs of his alleged employment was in California. Count III must be dismissed because Plaintiff did not timely pursue administrative remedies with the EEOC, nor did he exhaust his administrative remedies, as required under

Title VII.  Count IV must be dismissed because it is untimely under Georgia's two-year statute of limitations for personal injury actions.  Count V must be dismissed because Plaintiff has failed to allege the elements of sex trafficking under the Trafficking Victims Protection and Reauthorization Act.  And Count VI must be dismissed because Plaintiff has not alleged the elements of a claim under the Georgia Racketeer Influenced and Corrupt Organizations Act.  For these reasons, the Court should dismiss Plaintiff's Amended Complaint in its entirety.

A memorandum of law in support is attached and incorporated into this motion.

Respectfully submitted on this 27th day of April, 2026.

**TUCKER ELLIS LLP**

By:  */s/ Matthew A. Boyd*
Matthew A. Boyd
Georgia Bar No. 027645
matthew.boyd@tuckerellis.com
3344 Peachtree St. NE – Suite 1050
Atlanta, GA 30326
Telephone:  (404) 678-6365

*Attorneys for Defendants Tyler Perry, TPS Production Services, LLC and And Action, LLC*

## LOCAL RULE 7.1(D) CERTIFICATION

Counsel certifies that this motion has been prepared with Times New Roman size 14-point font, which is one of the font and point selections approved by the Court in Local Rule 5.1. This motion does not contain more than 10 characters per inch of type.

TUCKER ELLIS LLP

By: */s/ Matthew A. Boyd*
Matthew A. Boyd
Georgia Bar No. 027645
matthew.boyd@tuckerellis.com
3344 Peachtree St. NE – Suite 1050
Atlanta, GA 30326
Telephone: (404) 678-6365

*Attorneys for Defendants Tyler Perry, TPS Production Services, LLC and And Action, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| DEREK DIXON,<br><br> *Plaintiff*,<br><br> v.<br><br> TYLER PERRY;<br>TPS PRODUCTION SERVICES, LLC;<br>and AND ACTION, LLC,<br><br> *Defendants*. | Case No. 1:25-cv-07102-SEG-CCB |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that, on this 27th day of April 2026, I have electronically filed **DEFENDANTS TYLER PERRY, TPS PRODUCTION SERVICES, LLC, & AND ACTION, LLC'S MOTION TO DISMISS PLAINTIFF DEREK DIXON'S FIRST AMENDED AND VERIFIED COMPLAINT** with the Clerk of Court using CM/ECF and thereby served the Plaintiff through his counsel of record.

*/s/ Matthew A. Boyd*
Matthew A. Boyd
Georgia Bar No. 027645