**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| DEREK DIXON,<br><br>     *Plaintiff*,<br><br>  v.<br><br>TYLER PERRY;<br>TPS PRODUCTION SERVICES, LLC;<br>and AND ACTION, LLC,<br><br>     *Defendants*. | Case No. 1:25-cv-07102-SEG-CCB |

**DECLARATION OF MATTHEW A. BOYD IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFF DEREK DIXON'S FIRST AMENDED AND**
**<u>VERIFIED COMPLAINT</u>**

I, Matthew A. Boyd, certify and declare as follows:

1. I am duly licensed to practice law in the State of Georgia. I am a partner with the law firm Tucker Ellis LLP, attorneys of record for Defendants Tyler Perry, TPS Production Services, LLC, and And Action, LLC (collectively, "Defendants"). I make this declaration in support of Defendants' concurrently-filed Motion to Dismiss Plaintiff's First Amended and Verified Complaint pursuant to Fed. R. Civ. P. 12(b)(6). I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently under oath thereto.

2. Attached hereto as **Exhibit 1** is Plaintiff Derek Dixon's Performer Agreement for *Ruthless*, dated November 18, 2019. This Performer Agreement is deemed

incorporated in Plaintiff Derek Dixon's Amended Complaint, which contains allegations regarding Plaintiff's and Defendants' rights with respect to Plaintiff's alleged employment. *See O'Shea v. OMi Holdings Inc.*, 2023 WL 4703300, at *1 n.1 (11th Cir. July 24, 2023) ("employment offer, employment letter, and employment agreement" were "incorporated into" complaint where "they were referred to in the complaint, [are] central to [the] claims, and of undisputed authenticity"). This Performer Agreement previously was filed on the docket in this case in the current redacted form at ECF No. 27-4, and authenticated at ECF No. 27-2 (Declaration of Robyne Gordon) ¶ 14. Defendants re-attach it here for the Court's convenience.

3.      Attached hereto as **Exhibit 2** is Plaintiff Derek Dixon's Performer Agreement for *The Oval*, dated February 20, 2020. This Performer Agreement is deemed incorporated in Plaintiff Derek Dixon's Amended Complaint, which contains allegations regarding Plaintiff's and Defendants' rights with respect to Plaintiff's alleged employment. *O'Shea*, 2023 WL 4703300, at *1 n.1. This Performer Agreement previously was filed on the docket in this case in the current redacted form at ECF No. 27-5, and authenticated at ECF No. 27-2 (Declaration of Robyne Gordon) ¶ 14. Defendants re-attach it here for the Court's convenience.

4.      Attached hereto as **Exhibit 3** is Plaintiff Derek Dixon's Performer Agreement for *Losing It*, dated March 21, 2022. This Performer Agreement is deemed incorporated in Plaintiff Derek Dixon's Amended Complaint, which contains allegations regarding Plaintiff's and Defendants' rights with respect to Plaintiff's alleged employment. *O'Shea*,

2023 WL 4703300, at *1 n.1.  This Performer Agreement previously was filed on the docket in this case in the current redacted form at ECF No. 27-6, and authenticated at ECF No. 27-2 (Declaration of Robyne Gordon) ¶ 14.  Defendants re-attach it here for the Court's convenience.

5.      Attached hereto as **Exhibit 4** is Plaintiff Derek Dixon's Performer Agreement for *Joy Ridge*, dated February 21, 2024.  This Performer Agreement is deemed incorporated in Plaintiff Derek Dixon's Amended Complaint, which contains allegations regarding Plaintiff's and Defendants' rights with respect to Plaintiff's alleged employment.  *O'Shea*, 2023 WL 4703300, at *1 n.1.  This Performer Agreement previously was filed on the docket in this case in the current redacted form at ECF No. 27-7, and authenticated at ECF No. 27-2 (Declaration of Robyne Gordon) ¶ 14.  Defendants re-attach it here for the Court's convenience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Atlanta, Georgia on April 27, 2026.

*/s/ Matthew A. Boyd*

Matthew A. Boyd
Georgia Bar No. 027645

3